UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00049-FDW

| MATTHEW JAMES GRIFFIN, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| FNU HOLLAR, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for an Order of Substitution [Doc. 11].

On November 11, 2019, the Court ordered that this action survived initial review under 28 U.S.C. §§ 1915(e)(2) and 1915A, in accordance with the terms of that Order. [Doc. 10]. The Court also ordered that Plaintiff move to substitute the real names of Doe defendants 1 through 11, as Plaintiff had identified them in the body of his Complaint. Plaintiff responded with the pending motion in which he identifies Doe defendants 1 through 11. The Court will, therefore, grant the Plaintiff's motion and instruct the Clerk to substitute these individuals as Defendants in this matter.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Motion for an Order of Substitution [Doc. 11] is **GRANTED**.

(2) The Clerk is instructed to substitute the real names of the Doe defendants 1 through 11, as identified in Doc. 11 in the docket in this matter.

Signed: December 18, 2019

Frank D. Whitney
Chief United States District Judge