UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00049-MR

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | <u>ORDER</u> |
| ) | |
| FNU HOLLAR, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Substitute Defendant William N. Johnson in Place of Unknown Doe #18." [Doc. 39]

On November 26, 2019, the Court ordered that this action, brought pursuant to 42 U.S.C. § 1983, survived initial review. [Doc. 10]. In his Complaint, Plaintiff named as Defendants FNU Hollar, Marilyn Gamewell, and Doe Defendants #1-20. [Doc. 1]. Since passing initial review, Plaintiff has substituted the true identities of Doe Defendants #1-11. [Doc. 14]. Plaintiff now moves to substitute William N. Johnson in place of Doe Defendant #18, as Plaintiff has identified this Defendant "from a document in a different case." [Doc. 39 at 2].

The Court will, therefore, grant the Plaintiff's motion and instruct the Clerk to substitute William N. Johnson in place of Doe Defendant #18.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 39] is **GRANTED**. The Clerk is respectfully instructed to substitute William N. Johnson for Doe Defendant #18 in the docket in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall direct the U.S. Marshal to effectuate service on Defendant William N. Johnson with the summons filed by Plaintiff at Docket No. 39-1 in this matter.

**IT IS SO ORDERED**.

Signed: July 8, 2020

Martin Reidinger
Chief United States District Judge